United States Courts
Southern District of Texas
F I L E D

DEC 3 1 2025

Nathan Ochsner, Clerk of Court

Leonardo Herrera

3372 Voda Bend Dr.

Katy, Tx 774963

(713)724-2274

Herreraleo22@icloud.com

4:25CV6384

Date: _____

Clerk of Court United States District Court Southern District of Texas Houston Division

Re: Filing of Civil Action

Pro Se Plaintiff: Leonardo Herrera

Defendant: TrueAccord Corp.

Dear Clerk of Court:

Please accept this letter as a cover letter for the filing of a civil action in the United States District Court for the Southern District of Texas.

Enclosed for filing are the following documents:

1. Complaint for Violations of the Fair Debt Collection Practices Act
2. Civil Cover Sheet (JS-44)
3. Summons (AO-440)
4. Application to Proceed In Forma Pauperis (if applicable)

Plaintiff is proceeding pro se and respectfully requests issuance of the summons upon filing.

Plaintiff will also be submitting evidence in support of the claims alleged in the Complaint, including certified mail records and electronic communications sent after receipt of a cease and desist and debt validation demand. Such evidence will be submitted in accordance with the Federal Rules of Civil Procedure and this Court's local rules.

If additional information is required, please notify Plaintiff at the contact information listed above.

Respectfully submitted,

Leonardo Herrera Plaintiff, Pro Se